COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Roland Joseph Peltier, Jr.
S.M.P.C.C. DOC No. 102376
437 W. Mills Ave.
Breaux Bridge, LA 70517


REHEARING ACTION: March 16, 2011


**Docket Number: 10   00664-KH**

**STATE OF LOUISIANA
VERSUS
ROLAND JOSEPH PELTIER, JR.**

**Writ Application from Lafayette Parish Case No. CR-95374**


**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Roland Joseph Peltier, Jr.** has this day been

    **DENIED.**


cc: Michael Harson, Counsel for  the Respondent